UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 03-11699-PBS

UNITED STATES OF AMERICA,
EX REL PATRICK J. LOUGHREN,
Plaintiff,

v.

UNUMPROVIDENT CORP., ET AL,
Defendants.

## AMENDED FINAL JUDGMENT

SARIS, U.S.D.J.                                                                April 21, 2009

In accordance with the Court's Memorandum and Order dated March 24, 2009, allowing

Defendants' motion for entry of final judgment under Rule 54(b) [Docket No. 486], final

judgment is hereby entered in favor of the Plaintiff and against the Defendant Unum Group

(previously named UnumProvident and also referred to as Unum) on the jury's verdict

concerning claimants Jennine and George. The Court trebles the Government's damages, for a

total damage award of $2,550, and assesses Unum $22,000 in civil penalties.

        /s/ Patti B. Saris
        Patti B. Saris
        United States District Judge